**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6601

TYRONE D. GLADDEN,

Plaintiff - Appellant,

v.

JOSHUA T. QUINN, Asst. Unit Manager of Blue Unit, in their individual capacity; DARREN DAVES, Unit Manager of Red Unit (Admin. Seg), in their individual capacity; JOSHUA SIGMON, Asst. Unit Manager, in their individual capacity; TIMOTHY METCALF, Sargent on first shift of blue unit, in their individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Martin K. Reidinger, Chief District Judge.  (5:23-cv-00136-MR)

Submitted:  May 28, 2026                                Decided:  June 1, 2026

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrone D. Gladden, Appellant Pro Se.  Emmett James Whelan, WOMBLE BOND DICKINSON (US) LLP, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone D. Gladden appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint.[*]   We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Gladden v. Quinn*, No. 5:23-cv-00136-MR (W.D.N.C. July 7, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Gladden has filed a motion to appoint counsel.  We deny the motion.

2